# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158532 & (39)

JOSEPH WHITE,
        Plaintiff-Appellant,

v

                               SC: 158532
                               COA: 342858
                               Wayne CC: 11-011126-CZ

DETROIT EAST COMMUNITY MENTAL
HEALTH, MARILYN SNOWDEN, SHIRLEY
CALHOUN, DORIS STERRETT, and
GATEWAY COMMUNITY HEALTH
PROVIDER,
        Defendants-Appellees.

_____/

        On order of the Court, the motion to waive fees is considered, and it is DENIED. We direct the Clerk of this Court to DISMISS the plaintiff's application for leave to appeal unless the filing fee in this matter is paid in full within 28 days after the date of this order.

        We find that plaintiff is a vexatious litigator under MCR 7.316(C)(3). We therefore direct the Clerk of this Court not to accept any further filings from the plaintiff in this matter unless the plaintiff has obtained leave and has submitted the filing fee required by MCR 7.319.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

d1030

October 31, 2018



Clerk